474 A.2d 642

Commonwealth v. Hargett, Appellant.

Petition for Allowance of Appeal
Denied Sept. 25, 1984.

Submitted January 5, 1984.   Elaine De-
Masse, Assistant Public Defender, for appellant;  Jane Cut-
ler Greenspan, Assistant District Attorney, for Common-
wealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Affirmed.